```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 21931
   JEFFREY EDWARD BAMBAS
   BONNY MICHELLE BAMBAS                  CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-7930    SSN XXX-XX-8963
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 06/02/05 and confirmed on 08/19/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 157257.50 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | 33466.32 | .00 | 33466.32 |
| WELLS FARGO FINANCIAL IN | SECURED | 24516.00 | .00 | 24516.00 |
| FORD MOTOR CREDIT CO | SECURED | 16825.00 | 974.93 | 16825.00 |
| WELLS FARGO FINANCIAL AC | SECURED | 16600.00 | 961.90 | 16600.00 |
| DELL FINANCIAL | SECURED | 300.00 | 9.48 | 300.00 |
| BANK FIRST | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 5605.09 | .00 | 3967.84 |
| BECKET & LEE LLP | UNSECURED | 25636.15 | .00 | 18147.83 |
| ROUNDUP FUNDING LLC | UNSECURED | 1146.14 | .00 | 811.35 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1568.02 | .00 | 1110.00 |
| CAPITAL ONE BANK | UNSECURED | 1390.40 | .00 | 984.26 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3173.52 | .00 | 2246.53 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10221.85 | .00 | 7236.05 |
| ROUNDUP FUNDING LLC | UNSECURED | 2696.52 | .00 | 1908.87 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1421.75 | .00 | 1006.46 |
| WORLD FINANCIAL NETWORK | UNSECURED | 1274.51 | .00 | 902.23 |
| WELLS FARCO EDUC FINANCI | UNSECURED | 11988.53 | .00 | 8486.68 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WELLS FARGO FINANCIAL IN | UNSECURED | 866.03 | .00 | 613.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 718.65 | .00 | 508.73 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1197.72 | .00 | 847.87 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 1776.83 | .00 | 1776.83 |
| FORD MOTOR CREDIT CO | UNSECURED | 2527.25 | .00 | 1789.04 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 1898.44 | .00 | 1343.91 |

Summary of disbursements:

```
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  93484.15         .00     73330.57        .00    166814.72
PRINCIPAL PAID      93484.15         .00     51910.71        .00    145394.86
INTEREST PAID        1946.31         .00          .00        .00      1946.31
TOTAL PAID          95430.46         .00     51910.71        .00    147341.17
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   6738.83 .

Refunds to the Debtor totaled $    477.50 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/19/08                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 21931 JEFFREY EDWARD BAMBAS & BONNY MICHELLE BAMBAS